UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RONALD HILL, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Plaintiff, ) | CASE NO.1:08MC126 |
| ) | |
| -vs- ) | |
| ) | |
| STATE OF OHIO, et al., ) | ORDER |
| ) | |
| ) | |
| Defendants. ) | |

Plaintiff, pro se, Ronald Hill ("Hill") filed a "Motion for Leave to File a Complaint" on December 29, 2008 (ECF Dkt. No. 1).  On December 30, 2008, the Court entered an Order dismissing the case as frivolous, enjoined Plaintiff from filing further lawsuits in this Court, denied Plaintiff's Motion for Leave to File a Complaint and ordered Plaintiff to Show Cause why this Court should not impose sanctions, including a monetary penalty and/or term of incarceration.

Hill has previously been enjoined from filing new law suits or other documents by federal judges beginning in 2002.  The Court finds Hill has re-established a pattern of filing complaints and pleadings duplicative of past cases, all frivolous and vexatious.

Further, the Court finds that Hill has filed a non-responsive document to the Court's Show Cause Order and is therefore in contempt.

Therefore, it is ORDERED that

Hill is permanently enjoined from filing any new lawsuits or other documents without seeking and obtaining leave of Court from the Chief Judge or the Miscellaneous

Duty Judge in accordance with the following:

1. Hill must file a "Motion Pursuant to Court Order Seeking Leave to File" with any document he proposes to file and he must attached a copy of this Order to it (any such motion should be filed in a miscellaneous case).

2. As an exhibit to any motion seeking such leave, Mr. Hill must also attach a declaration which has been prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that (1) the document raises a new issue which has never been previously raised by him in this or any other court, (2) the claim or issue is not frivolous, and (3) the document is not filed in bad faith.

3. By means of a second exhibit, Hill must identify and list: (a) the full caption of each and every suit which has been previously filed by him or on his behalf in any court against each and every defendant in any new suit he wishes to file and (b) the full caption of each and every suit which he has currently pending.

4. As a third exhibit to the motion, Hill must provide a copy of each complaint identified and listed in accordance with paragraph number 3. and a certified record of its disposition.

The Court may deny any motion for leave to file if the proposed document is frivolous, vexatious or harassing. If the motion is denied, the document shall not be filed. Further, Plaintiff's failure to comply with the terms of this Order shall be sufficient

grounds for this Court to deny any motion for leave to file, and may be considered an act of contempt for which he may be punished accordingly.

To prevent future frivolous filings by Plaintiff, the Clerk's Office is **INSTRUCTED** as follows:

(1) Any document submitted by Hill prior to obtaining leave to file **SHALL NOT** be filed unless it is specifically identified as a "Motion Pursuant to Court Order Seeking Leave to File" and unless it contains:
   1) an affidavit or sworn declaration as required by this Order;
   2) a copy of this Order; and,
   3) the exhibits required by this Order.

(2) The Clerk's Office **SHALL NOT** accept any filing fees, cover sheets, in forma pauperis applications, summons, or U.S. Marshal Forms, in connection with any "Motion Pursuant to Court Order Seeking Leave to File" which Hill files, unless and until leave is granted.

This Order shall be posted within the Clerk's Office to be referenced by Clerk's Office staff.  The Operations Manager, David Egar and Supervisor, T. Jeff Miller, shall ensure that these instructions are followed and adhered to by Clerk's Office staff.

Plaintiff's "Motion for Leave to Amend a Motion to Show Cause," ECF Doc. Nos. 4, 5, 6 and 7 are denied.  This Miscellaneous Case is dismissed as frivolous and the Court will not entertain post judgment motions in the instant case.  Any such motion tendered by or on behalf of Hill shall be returned unfiled.

Finally, Hill is fined $250.00 as a sanction for his contemptuous conduct and shall submit payment to the Clerk's Office, Northern District of Ohio, Cleveland, by February 27, 2009. Failure to submit payment may result in a warrant for arrest.

IT IS SO ORDERED.

S/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

February 17, 2009